FILED

2017 SEP 27 PM 5: 07

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:17-cr- 228-ORL-37-TBS

JONATHAN JETT
CASSANDRA PADGETT

## REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), W. Stephen Muldrow, the Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendants JONATHAN JETT and CASSANDRA PADGETT in the above-captioned case, without prejudice, on the ground that: a Superseding Indictment has been obtained.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendants JONATHAN JETT and CASSANDRA PADGETT in the above-captioned

case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: */s/ Kara M. Wick*
Kara M. Wick
Assistant United States Attorney
FL Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: kara.wick@usdoj.gov