UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:17-cr-228-Orl-37TBS**

**JONATHAN JETT**
**CASSANDRA PADGETT**

---

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **REQUEST FOR LEAVE TO DISMISS INDICTMENT** |
| **FILED:** | **August 11, 2017** |

It is **ORDERED** that the motion is **DENIED**.

When a superseding indictment is returned, it automatically replaces the original indictment. Accordingly, there is no need to dismiss the original indictment.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE