UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:17-cr-228-Orl-31TBS**

**JONATHAN JETT**

---

AUSA: Kara Wick
Defense Attorney: Susan Malove

| | | | |
|---|---|---|---|
| JUDGE: | **THOMAS B. SMITH** United States Magistrate Judge | DATE AND TIME:<br>TOTAL TIME: | **November 27, 2017**<br>1:32 P.M.- 1:48 P.M.<br>16 minutes |
| DEPUTY CLERK: | T. LeGros | RECORDING: | Digital |
| INTERPRETER: | N/A | | |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances made, procedural setting by the Court
Defendant placed under oath.
Defendant consents to have the Magistrate judge take his plea.
Court reviews the plea agreement, summarizing the count in the Superseding Indictment, advises defendant of the potential penalties, what the government would have to prove at trial, sentencing guidelines, and his rights.
The Government advises that it will move to have count 2s dismissed at sentencing.
Defendant acknowledges his initials and signature on the original plea agreement.
Defendant enters a plea of guilty and acknowledges that the factual basis is true.
Court receives the guilty plea and will enter a Report and Recommendation.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant remains on pretrial release pending sentencing.
Court adjourned.