**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**JUDGE GREGORY A. PRESNELL**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:17-cr-228-Orl-31TBS**

**JONATHAN JETT**

---

## NOTICE OF SENTENCING

**TAKE NOTICE** that sentencing has been set for:

**TUESDAY, FEBRUARY 13, 2018** at **11:00 AM**
**United States Courthouse**
**Fifth Floor, Courtroom Number 5A**
**401 W. Central Blvd.**
**Orlando, Florida 32801-5750**

This case is removed from the December 2017 trial docket.

**NOTE TO COUNSEL**: Counsel for the parties shall notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. The Court will NOT consider, absent extraordinary circumstances, motions or memoranda that are not filed 3 business days before sentencing.

**ELIZABETH M. WARREN, CLERK**

Date: November 28, 2017

By: Lisa Maurey, Deputy Clerk

***The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U. S. Marshal determine that a writ is necessary to obtain Defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.***

Distribution to the following:
Counsel for Defendant
U. S. Attorney
U. S. Marshal
U. S. Probation Office
U. S. Pretrial Services
Judge Presnell's Chambers

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.