**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:17-cr-228-Orl-31TBS**
**(Forfeiture)**

**JONATHAN JETT**

**UNITED STATES' MOTION FOR ENTRY**
**OF ORDER OF FORFEITURE**

The United States respectfully moves this Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), to enter an order of forfeiture in an amount of $42,487.02, representing the amount of proceeds the defendant obtained as a result of his conspiracy to commit wire fraud, which, upon sentencing, shall become final as to the defendant. In support thereof, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I. Statement of Facts**

1. On September 27, 2017, a two count Superseding Indictment was returned. Count One charged the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Doc. 4. The Superseding Indictment also contained forfeiture allegations, which notified the defendant that the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c),

would seek to forfeit any property, real or personal, which constituted or was derived from proceeds traceable to the violation. *Id.* at 9.

2. On November 14, 2017, the United States and the defendant entered into a plea agreement. Doc. 40. In paragraph 12 of his plea agreement, entitled "Forfeiture of Assets," the defendant agreed that he is liable for a money judgment in the amount of $42,487.02, which represents the amount of proceeds he obtained as a result of the offense charged in Count One. *Id.* at 9.

3. On November 27, 2017, the defendant pled guilty to Count One of the Superseding Indictment. Doc. 41. On November 29, 2017, the Court accepted the plea of guilty and adjudicated the defendant guilty as to Count One. Doc. 50. The defendant is scheduled to be sentenced on February 13, 2018. Doc. 48.

## II. <u>Applicable Law</u>

The Court's authority to order forfeiture of property for conspiracy to commit wire fraud offenses, in violation of 18 U.S.C. § 1349, is found in 18 U.S.C. § 981(a)(1)(C), which provides for the civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds from any offense constituting "specified unlawful activity," or a conspiracy to commit such offense. The term “specified unlawful activity” includes offenses listed in 18 U.S.C. §

1961(1). 18 U.S.C. § 1956(c)(7)(A). Specifically, 18 U.S.C. § 1961(1)(B) includes as an offense any act which is indictable under 18 U.S.C. § 1343.

Although 18 U.S.C. § 981(a)(1)(C) is a civil forfeiture statute, 28 U.S.C. § 2461(c) authorizes the criminal forfeiture of any property that can be forfeited civilly using the procedures for the criminal forfeiture and disposition of property set forth in 21 U.S.C. § 853. Section 853(a) provides that any person convicted of a pertinent offense "shall forfeit to the United States," among other things, "property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation."

## III. Factual Basis

The defendant admitted in his Plea Agreement he and at least one other person agreed to commit wire fraud, and he knew the unlawful purpose of the plan and willfully joined in it. Factual Basis at 20. Specifically, the defendant, and his co-conspirators submitted, through interstate wire transmissions, false and fraudulent Medicare Advantage Plan enrollment forms to UnitedHealthcare ("UHC"), and induced UHC into paying commissions in the amount of $127,461.06 in connection with the illegitimate enrollments. *Id*. The defendant personally acquired at least $42,487.02 of those proceeds. *Id*. at 22.

## IV. Conclusion

WHEREFORE, the United States respectfully requests that this Court enter an Order of Forfeiture for the $42,487.02 in proceeds the defendant

obtained as a result of his conspiracy to commit wire offenses, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

As required by Rule 32.2(b)(4)(B), the United States further requests that the Court include the forfeiture when orally announcing the sentence, and include the forfeiture order in the judgment. *See United States v. Kennedy*, 201 F.3d 1324, 1326 (11th Cir. 2000) and Fed. R. Crim. P. 32.2(b)(4)(A) and (B).

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar Number 0820601
400 West Washington Street, Ste. 3100
Orlando, Florida 32801
(407) 648-7500 – telephone
(407) 648-7643 – facsimile
E-mail: nicole.andrejko@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Susan M. Malove, Esquire

s/*Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney