# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:17-cr-228-Orl-31TBS**

**JONATHAN JETT**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT** | KARA MARIE WICK |
| **DEPUTY CLERK:** | Lisa Maurey | **COUNSEL FOR DEFENDANT:** | SUSAN MEREDITH MALOVE |
| **COURT REPORTER:** | Heather Jewett | **PRETRIAL/PROBATION:** | Karmen Coates |
| **SCHEDULED DATE/TIME** | February 13, 2018, 11:00 AM | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Court in session. Appearances. Procedural setting by the Court.

Ore tenus motion by counsel for Defendant for a continuance of sentencing for two weeks. Without objection, the motion is granted. Order to enter.

Court adjourned.

Time in court: 10:59 a.m. – 11:04 a.m.; Total time in court: five minutes