# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:17-cr-228-Orl-31TBS**

**JONATHAN JETT**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT** | KARA MARIE WICK |
| **DEPUTY CLERK:** | Lisa Maurey | **COUNSEL FOR DEFENDANT:** | SUSAN MEREDITH MALOVE |
| **COURT REPORTER** | Heather Jewett | **PROBATION:** | Karmen Coates |
| **SCHEDULED DATE/TIME** | February 27, 2018 at 10:00 AM | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING
**(Continued from February 13, 2018)**

Defendant makes a statement to the Court.

**MOTION** for Recognition of Substantial Assistance (Doc. 76) is GRANTED; two levels departed.

**SENTENCE IMPOSED as to Count One of the Superseding Indictment.**

The original Indictment and Count Two of the Superseding Indictment are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: 12 months plus one day

**SUPERVISED RELEASE**: two years. *Special conditions of supervised release:* The mandatory drug testing requirements of the Violent Crime Control Act are waived. Credit conditions imposed. Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION** ordered in the amount of $127,461.06 to United Healthcare, c/o Don Olson, Compliance Investigation Unit, 9700 Health Care Lane, Minnetonka, Minnesota 55343.

Restitution shall be paid jointly and severally with Matthew Mika in Docket No. 6:17-CR-47-ORL-31TBS and with Cassandra Padgett in Docket No. 6:17-CR-228-ORL-31TBS. The interest requirement for restitution is waived.

Defendant shall make payments toward his financial obligations per a UNICOR scheduled while he is incarcerated, then by monthly payments of $300.00 after his release from custody.

**FORFEITURE** ordered of the assets identified in the Order of Forfeiture, which grants the Motion for Forfeiture (Doc. 69), as pronounced at sentencing.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on the tenth day following notification by the United States Marshal.

Defendant advised of right to appeal.

Acknowledgment of Right to Appeal filed in open court.

Time in court: 10:00 a.m. – 10:32 a.m.; Total time in court: 32 minutes