UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:17-cr-228-Orl-31TBS

**JONATHAN JETT**

---

**ORDER**

This Matter comes before the Court on the Defendant's Amended Notice of Supplemental Authority (Doc. 92), filed on March 20, 2018. In the Amended Notice of Supplemental Authority, "Counsel request an additional twenty (20) days for Defendant to surrender" from the March 22, 2018 surrender deadline in the Notification of Voluntary Surrender, which was attached to the Amended Notice. Doc. 92 at 2-3. Accordingly, the Court **CONSTRUES** the Amended Notice of Supplemental Authority as a Motion for Additional Time to Surrender. The request for an additional twenty (20) days for surrender is **DENIED**. However, the Court **GRANTS IN PART** the Motion (Doc. 92) and hereby extends the Defendant's deadline for surrender until April 2, 2018, on which date the Defendant is **DIRECTED** to report to the Federal Bureau of Prisons Institution by 2:00 PM.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal

United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant